# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-2479

_____

Alexandra Noelle Hussey

*Plaintiff - Appellant*

v.

Carol Pankow; Brianna Mehr; Natasha Jerde, formerly known as Natasha Lemler;
Maurita Christensen; Minnesota Department of Employment and Economic Development

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: February 26, 2020
Filed: March 2, 2020
[Unpublished]

_____

Before LOKEN, BEAM, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Alexandra Hussey appeals the district court's[1] dismissal of her pro se action.
Having carefully reviewed the record and the parties' arguments on appeal, we find

_____

[1]The Honorable David S. Doty, United States District Judge for the District of
Minnesota.

no basis for reversal. We conclude that dismissal was proper, see <u>Montin v. Moore</u>, 846 F.3d 289, 292 (8th Cir. 2017) (de novo review); and that there was no abuse of discretion in the denial of her motion for recusal of the magistrate, the denial of leave to file a second amended complaint, or the denial of her post-judgment motions, see <u>Liteky v. United States</u>, 510 U.S. 540, 555 (1994); <u>D.M. by Bao Xiong v. Minn. State High Sch. League</u>, 917 F.3d 994, 999 (8th Cir. 2019); <u>Schriener v. Quicken Loans, Inc.</u>, 774 F.3d 442, 446 (8th Cir. 2014); <u>Norman v. Ark. Dep't of Educ.</u>, 79 F.3d 748, 750 (8th Cir. 1996). However, we modify the dismissal of the state-law claims to be without prejudice. <u>See</u> <u>Ahmed v. United States</u>, 147 F.3d 791, 797 (8th Cir. 1998) (dismissal for lack of jurisdiction should be without prejudice)

The judgment is affirmed as modified. <u>See</u> 8th Cir. R. 47B. We deny Hussey's motion for a transcript.

_____